1  Joe Angelo (Bar #268542)
2  jangelo@gajplaw.com
   Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, CA 95747
   916-290-7778 ph
4  916-721-2767 fax

5  Attorneys for Plaintiff
   Amilcar Rodriguez-Helmeyer
6

7

8              IN THE UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

11 | AMILCAR RODRIGUEZ-HELMEYER, | Case No.: 4:22-cv-03616-HSG |
|---|---|
12 | Plaintiff, | STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2); ORDER |
13 | v. | |
14 | | |
15 | EQUIFAX INFORMATION SERVICES, LLC, et. al., | |
16 | | |
17 | | |
18 | Defendants. | |

19

20 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

21     IT IS HEREBY STIPULATED by and between Plaintiff Amilcar Rodriguez-Helmeyer

22 and Defendant Equifax Information Services, LLC, that Equifax Information Services, LLC be

23 dismissed with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that

24 each party shall bear its own attorneys' fees and costs.

25 //

26 //

27 //

28

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC; ORDER - 1

| | |
|---|---|
| Dated: October 24, 2022 | **Gale, Angelo, Johnson, & Pruett, P.C.**<br>/s/ *Joe Angelo*<br>Joe Angelo<br>Attorneys for Plaintiff<br>Amilcar Rodriguez-Helmeyer |
| Dated: October 24, 2022 | **NOKES & QUINN**<br><br>By: /s/ *Thomas P. Quinn Jr.*<br>Thomas P. Quinn, Jr.<br>Attorneys for Defendant<br>Equifax Information Services, LLC |

I, Joe Angelo, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

/s/ *Joe Angelo*

## ORDER

Pursuant to the stipulation of the Parties, Defendant Equifax Information Services is dismissed with prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED: 10/24/2022

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE